UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bobby Reddick                                                    Docket No. 5:16-CR-89-1FL

**Petition for Action on Supervised Release**

    COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bobby Reddick, who, upon an earlier plea of guilty to Attempted Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Robert H. Cleland, U.S. District Judge for the Eastern District of Michigan, on October 27, 1994, to the custody of the Bureau of Prisons for a term of 175 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

    Bobby Reddick was released from custody on October 23, 2015, at which time the term of supervised release commenced. On June 17, 2016, as a result of the defendant's continued use of controlled substances, the original term of supervised release was revoked and the defendant was ordered committed to the custody of the Bureau of Prisons up to or until March 1, 2017, unless a placement in a halfway house became available before that date. Furthermore, it was ordered if a placement became available, the defendant will spend six months in a halfway house, and thereafter, continue supervised release for a term of two years under the standard conditions of supervised release and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall undergo placement in a residential reentry center for a period of six months as arranged by the probation office and shall abide by the conditions of that program during said placement.

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 1, 2017, the defendant was released from the Bureau of Prisons and began his term of supervised release. While in the custody of the Bureau of Prisons, the defendant was not sent to a halfway house. The defendant is currently residing with his aunt in a stable home environment. I have contacted the Bureau of Prisons and they have no bed space available for public law placements through the end of the year. Due to the Bureau of Prisons not sending the defendant to a halfway house while in their custody, no public law placements available this year, and the defendant having a stable residence, we would respectfully recommend that the placement in a residential reentry center be stricken.

Bobby Reddick
Docket No. 5:16-CR-89-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the special condition of supervised release for the defendant to undergo placement in a residential reentry center be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain <br> Michael C. Brittain <br> Supervising U.S. Probation Officer | /s/ Keith W. Lawrence <br> Keith W. Lawrence <br> Senior U.S. Probation Officer <br> 310 Dick Street <br> Fayetteville, NC 28301-5730 <br> Phone: 910-354-2538 <br> Executed On: March 9, 2017 |

### ORDER OF THE COURT

Considered and ordered this  10th  day of  March , 2017, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge