UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bobby Reddick**                                            **Docket No. 5:16-CR-89-1FL**

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bobby Reddick, who, upon an earlier plea of guilty to Attempted Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable Robert H. Cleland, U.S. District Judge for the Eastern District of Michigan, on October 27, 1994, to the custody of the Bureau of Prisons for a term of 175 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

Bobby Reddick was released from custody on October 23, 2015, at which time the term of supervised release commenced. On June 17, 2016, as a result of the defendant's continued use of controlled substances, the original term of supervised release was revoked and the defendant was ordered committed to the custody of the Bureau of Prisons up to or until March 1, 2017, unless a placement in a halfway house became available before that date. Furthermore, it was ordered if a placement became available, the defendant will spend six months in a halfway house, and thereafter, continue supervised release for a term of two years under the standard conditions of supervised release and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall undergo placement in a residential reentry center for a period of six months as arranged by the probation office and shall abide by the conditions of that program during said placement.

3. The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of his/her person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Bobby Reddick was released from custody on March 1, 2017, at which time the term of supervised release commenced. On March 10, 2017, due to the unavailability of a residential reentry center placement, the court struck the special condition for placement in a residential reentry center. As a result of the defendant testing positive for cocaine on March 6, 2017, a Violation Report was forwarded to the court recommending continuing supervision to allow the defendant to participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 5, 2017, the defendant submitted a urine specimen which tested positive for marijuana and cocaine. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew. Furthermore, the defendant's substance abuse treatment has been increased in an attempt to assist the defendant with his substance abuse issues. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Bobby Reddick
Docket No. 5:16-CR-89-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period of 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2538 |
| | Executed On: April 19, 2017 |

**ORDER OF THE COURT**

Considered and ordered this __19th__ day of _____April_____, 2017, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge